# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Sauer Construction, LLC**

vs.

**MC3 Solutions, LLC**

Action No:   7:23cv193
Date:   5/15/2024
Judge:   Elizabeth K. Dillon
Court Reporter:   M. Butenschoen
Deputy Clerk:   K. Anglim

Plaintiff Attorney(s)

Kirk Sosebee, Sauer Construction, LLC

Defendant Attorney(s)

Luke Malloy, III, MC3 Solutions, LLC
(Third Party Plaintiff)
Christopher Janszky, Bonitz, Inc
(Third Party Defendant)

PROCEEDINGS:
Parties present by counsel for oral argument on Bonitz, Inc's Motion to Dismiss the Second Third Party Complaint (dkt. 63)
Argument, Objections, Rebuttal as reflected in the record.
Judge to take argument under advisement and rule in near future.

Time in Court:   1:56 – 2:55p; 59m